

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:16-00299-01 |
| -vs- | JUDGE MINALDI |
| BERTOLDO LABRA-MARTINEZ | MAGISTRATE JUDGE KAY |

## O R D E R

On request of Judge Patricia Minaldi, this case is reassigned to the undersigned.

SIGNED on this ___18th___ day of January, 2017, at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT